IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRETT STACY, | § | |
| Plaintiff, | § § § | |
| V. | § | No. 3:19-cv-446-M-BN |
| JPMORGAN CHASE BANK, N.A., | § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated July 19, 2019, and the Defendant's Objections and Brief in support of Objections filed on July 26, 2019, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted, and Defendant's Motion to Dismiss is **DENIED**.

**SO ORDERED** this 30th day of July, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE