IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| BRETT STACY, | § |  |
|---|---|---|
|  | § |  |
| Plaintiff, | § |  |
|  | § |  |
| V. | § | No. 3:19-cv-446-M-BN |
|  | § |  |
| JPMORGAN CHASE BANK, N.A., | § |  |
|  | § |  |
| Defendant. | § |  |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 6, 2020, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted and that Plaintiff's Emergency Motion for Temporary Restraining Order [Dkt. No. 50] is DENIED.

**SO ORDERED** this 6th day of January, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE